## BUELL v. CITY OF JOHNSTOWN.

(Supreme Court, Appellate Division, Third Department. January 8, 1900.)

APPEAL—REVIEW—FAILURE TO FILE EXCEPTIONS.
 Where no exceptions are filed to the decision on a trial to the court below, the only questions reviewable are those raised by exceptions to rulings on the trial.

Appeal from trial term, Fulton county.
Action by Edward Buell against the city of Johnstown. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before PARKER, P. J., and LANDON, HERRICK, MERWIN, and KELLOGG, JJ.

M. D. Murray (R. P. Anibal, of counsel), for appellant.
Borden D. Smith (Andrew J. Nellis, of counsel), for respondent.

PER CURIAM. No exceptions were filed to the decision of the court. There is nothing, therefore, before this court, which it is authorized to review, except questions raised by exceptions to rulings upon the trial. We find nothing in these rulings, adverse to plaintiff, which calls for a reversal of the decision.

Judgment affirmed, with costs.